Clerk of the Court,
United States District Court
For The District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 22 2020

JEFFREY P. COLWELL
CLERK

Attached is an application for Preliminary Injunction Relief. I do not at this moment have access to the Law Library, leaving me with only the fundamentals for filing an Injunction Request, I am indigent and has placed an application to proceed informa pauperis.

Due to the urgency, if there is any other matter that must be resolved may you please file the application with the Court and permit me to supplement any further necessity.

Thank You